**<u>Exhibit 3</u>**

Interim DIP Budget

**The Buckingham: Summary DIP Liquidity Projection**
**Weekly Presentation**

| Credits: | 6/26/2021 Q2 '21 Actual | 7/3/2021 Q3 '21 Projected 1 | 7/10/2021 Q3 '21 Projected 2 | 7/17/2021 Q3 '21 Projected 3 | 7/24/2021 Q3 '21 Projected 4 | 7/31/2021 Q3 '21 Projected 5 | 8/7/2021 Q3 '21 Projected 6 | 8/14/2021 Q3 '21 Projected 7 | 8/21/2021 Q3 '21 Projected 8 | 8/28/2021 Q3 '21 Projected 9 | 9/4/2021 Q3 '21 Projected 10 | 9/11/2021 Q3 '21 Projected 11 | 9/18/2021 Q3 '21 Projected 12 | 9/25/2021 Q3 '21 Projected 13 | 10/2/2021 Oct-Nov '21 Projected 14 | DIP Total weeks 7/3-10/2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Resident Checks | 279,939 | - | 121,658 | 106,658 | 193,922 | 193,922 | 196,802 | 196,802 | 196,802 | 196,802 | 196,802 | 196,802 | 196,802 | 196,802 | 196,802 | 2,667,315 |
| Resident ACH | - | - | - | - | - | 915,916 | - | - | - | 745,090 | - | - | - | 745,090 | - | 2,406,096 |
| Medicare | 1,380 | 213,143 | - | - | - | 243,757 | - | - | - | - | 304,696 | - | - | - | 243,757 | 1,006,734 |
| Private Insurance | 45,237 | 18,260 | 18,260 | 18,260 | 18,260 | 18,260 | 18,260 | 18,260 | 18,260 | 18,260 | 18,260 | 18,260 | 18,260 | 18,260 | 18,260 | 300,881 |
| Other | 500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 35,500 |
| Operating Receipts | 327,055 | 233,904 | 142,419 | 127,419 | 214,682 | 1,374,355 | 217,562 | 217,562 | 217,562 | 962,652 | 522,258 | 217,562 | 217,562 | 962,652 | 461,319 | 6,416,526 |
| Check Reversal Credit | 39,743 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 39,743 |
| Transfer from UMB Operating Reserve Fund (DIP) | - | - | - | 705,478 | 187,565 | - | 237 | 628,730 | 28,730 | 353,361 | - | 505,263 | 26,230 | - | 526,669 | 2,962,262 |
| Total Transfers In to x6160 | - | - | - | 705,478 | 187,565 | - | 237 | 628,730 | 28,730 | 353,361 | - | 505,263 | 26,230 | - | 526,669 | 2,962,262 |
| Total Receipts | 366,798 | 233,904 | 142,419 | 832,897 | 402,247 | 1,374,355 | 217,800 | 846,292 | 246,292 | 1,316,013 | 522,258 | 722,825 | 243,792 | 962,652 | 987,988 | 9,418,531 |
| **Debits:** | | | | | | | | | | | | | | | | |
| Payroll and related expenses (1) | (580,000) | - | - | (632,730) | - | (600,000) | - | (600,000) | - | (600,000) | - | (600,000) | - | (600,000) | - | (4,212,730) |
| Facility Services/Supplies (2) | (20,616) | (39,854) | (39,854) | (39,854) | (39,854) | (39,854) | (39,854) | (39,854) | (39,854) | (34,854) | (34,854) | (34,854) | (34,854) | (34,854) | (34,854) | (548,574) |
| Food/Food Service (3) | (628) | (41,715) | (41,172) | (41,172) | (41,172) | (41,172) | (41,172) | (41,172) | (41,172) | (41,172) | (41,172) | (36,172) | (36,172) | (36,172) | (36,172) | (557,579) |
| Manager Services/Marketing (4) | (141,968) | (32,062) | (204,967) | (34,967) | (34,967) | (34,967) | (204,967) | (34,967) | (34,967) | (34,967) | (204,967) | (29,967) | (29,967) | (29,967) | (29,967) | (1,118,600) |
| IT & Utilities (5) | (57,198) | (69,794) | (65,275) | (64,301) | (45,275) | (45,275) | (45,275) | (45,275) | (45,275) | (45,275) | (45,275) | (42,775) | (42,775) | (42,775) | (42,775) | (744,589) |
| Insurance/Broker (6) | - | (13,684) | - | - | - | - | - | - | - | - | - | - | - | - | - | (13,684) |
| Pharma/Healthcare Services/Hospitality/Administration/Security (7) | (8,044) | (69,760) | (43,392) | (43,392) | (43,392) | (43,392) | (43,392) | (43,392) | (43,392) | (43,392) | (33,392) | (33,392) | (33,392) | (33,392) | (33,392) | (591,900) |
| BOD/Professional Services/Other (8) | (73,381) | (73,148) | (18,632) | (18,632) | (52,588) | (56,632) | (16,632) | (16,632) | (16,632) | (16,632) | (16,632) | (16,632) | (16,632) | (16,632) | (56,632) | (522,700) |
| CAPEX (Storm Repair) (9) | - | (233,120) | (35,000) | (35,000) | (35,000) | (35,000) | (35,000) | - | - | - | - | - | - | - | - | (408,120) |
| CAPEX (General) (10) | (51,742) | (202,872) | (25,000) | (25,000) | (25,000) | (25,000) | (50,000) | (25,000) | (25,000) | (25,000) | (50,000) | (25,000) | (50,000) | (22,259) | (25,000) | (651,874) |
| Operating Disbursements | (933,578) | (776,009) | (473,292) | (935,048) | (317,247) | (921,292) | (476,292) | (846,292) | (246,292) | (881,292) | (426,292) | (818,792) | (243,792) | (816,051) | (258,792) | (9,370,350) |
| Check Error/ACH Return/Return Item | (1,758) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (1,758) |
| Debtor Professional Fees | (286,155) | - | (88,000) | - | - | (169,571) | - | - | - | (348,909) | - | - | - | - | (610,798) | (1,503,434) |
| Indenture Professional Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Committee Fees | (74,188) | - | - | - | - | (25,000) | - | - | - | (85,813) | - | - | - | - | (85,000) | (270,000) |
| UST Fees | - | - | - | - | (85,000) | - | - | - | - | - | - | - | - | - | (180,000) | (265,000) |
| Transfer to BOA CAPEX Account | | | | | | | | | | | | | | | | |
| Total Transfers Out from x6160 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Disbursements | (1,295,680) | (776,009) | (561,292) | (935,048) | (402,247) | (1,115,863) | (476,292) | (846,292) | (246,292) | (1,316,013) | (426,292) | (818,792) | (243,792) | (816,051) | (1,134,590) | (11,410,542) |
| Operating Cash Flow | (606,523) | (542,106) | (330,873) | (807,630) | (102,565) | 453,063 | (258,730) | (628,730) | (28,730) | 81,361 | 95,967 | (601,230) | (26,230) | 146,602 | 202,528 | (2,953,824) |
| Other Activity | (322,358) | - | (88,000) | 705,478 | 102,565 | (194,571) | 237 | 628,730 | 28,730 | (81,361) | - | 505,263 | 26,230 | - | (349,129) | 961,813 |
| Beginning Cash | 2,492,012 | 1,563,130 | 1,021,024 | 602,151 | 500,000 | 500,000 | 758,492 | 500,000 | 500,000 | 500,000 | 500,000 | 595,967 | 500,000 | 500,000 | 646,602 | 2,492,012 |
| Minimum Cash Balance Requirement | | | | | | | | | | | | | | | | - |
| Net Credits | 366,798 | 233,904 | 142,419 | 832,897 | 402,247 | 1,374,355 | 217,800 | 846,292 | 246,292 | 1,316,013 | 522,258 | 722,825 | 243,792 | 962,652 | 987,988 | 9,418,531 |
| Net Debits | (1,295,680) | (776,009) | (561,292) | (935,048) | (402,247) | (1,115,863) | (476,292) | (846,292) | (246,292) | (1,316,013) | (426,292) | (818,792) | (243,792) | (816,051) | (1,134,590) | (11,410,542) |
| **Ending Operating Account Cash (Bank)** | **1,563,130** | **1,021,024** | **602,151** | **500,000** | **500,000** | **758,492** | **500,000** | **500,000** | **500,000** | **500,000** | **595,967** | **500,000** | **500,000** | **646,602** | **500,000** | **500,000** |
| Estimated Check Float | | | | | | | | | | | | | | | | |
| Ending Operating Account Cash (Book) | | | | | | | | | | | | | | | | |
| Indenture Trust Accounts (Bank) | | | | | | | | | | | | | | | | |
| **Indenture DIP Loan** | | | | | | | | | | | | | | | | |
| Beginning Balance | | - | - | - | (705,478) | (893,044) | (893,044) | (893,281) | (1,522,010) | (1,550,740) | (1,904,101) | (1,904,101) | (2,409,363) | (2,435,593) | (2,435,593) | - |
| Draw | | - | - | (705,478) | (187,565) | - | (237) | (628,730) | (28,730) | (353,361) | - | (505,263) | (26,230) | - | (526,669) | (2,962,262) |
| Repayment | | | | | | | | | | | | | | | | - |
| PIK Interest | | | | | | | | | | | | | | | | - |
| **Ending DIP Balance** | | - | - | (705,478) | (893,044) | (893,044) | (893,281) | (1,522,010) | (1,550,740) | (1,904,101) | (1,904,101) | (2,409,363) | (2,435,593) | (2,435,593) | (2,962,262) | (2,962,262) |
| Resident Occupancy | | | | | | | | | | | | | | | | |
| Healthcare Occupancy | | | | | | | | | | | | | | | | |
| **Incurred Restructuring Fees Projection** | | | | | | | | | | | | | | | | |
| Thompson & Knight (Debtor Restructuring Counsel) | 166,428 | 37,500 | 45,000 | 45,000 | 45,000 | 45,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 12,500 | 12,500 | 12,500 | 12,500 | |
| McCall Parkhurst & Horton (Debtor Bond Counsel) | - | - | - | - | - | - | - | - | - | 255,000 | - | - | - | - | - | |
| B. Riley Advisors (Debtor Financial Advisor) | 31,854 | 23,000 | 23,000 | 23,000 | 23,000 | 23,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 18,625 | 18,625 | 18,625 | 18,625 | |
| TBD | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Stretto (Debtor Claims Agent) | 22,065 | 87,071 | 20,227 | 20,227 | 15,227 | 10,227 | 10,227 | 10,227 | 10,227 | 10,227 | 10,227 | 10,227 | 10,227 | 10,227 | 10,227 | |
| Healthcare Ombudsman | - | 22,000 | - | - | - | 11,000 | - | - | - | 11,000 | - | - | - | - | 11,000 | |
| UST Trustee | - | - | - | - | 85,000 | - | - | - | - | - | - | - | - | - | 180,000 | |
| Resident/Creditor Committee Professionals | 24,188 | 25,000 | 25,000 | 25,000 | 20,813 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | |
| Mintz Levin (Indenture Trustee Counsel) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| RBC (Indenture Trustee Financial Advisor) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Utility Deposit | - | - | 88,000 | - | - | - | - | - | - | - | - | - | - | - | (88,000) | |

Note:
- Estimate of Storm Damage Capex may be higher but difference to be reimbursed by insurance ($250k deductible)
- Does not reflect DIP interest/fees