| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 21-32155<br>Southern District of Texas<br>Houston<br>Thu Sep 16 10:50:17 CDT 2021 | AmTrust North America, Inc. on behalf of Wes<br>c/o Maurice Wutscher LLP<br>23611 Chagrin Blvd. Suite 207<br>Beachwood, OH 44122-5540 | Buckingham Senior Living Community, Inc.<br>8580 Woodway Dr.<br>Houston, TX 77063-2423 |
| Harris County, et al.<br>Linebarger Goggan Blair & Sampson LLP<br>c/o John P. Dillman<br>P.O. Box 3064<br>Houston, TX 77253-3064 | Special Resident Committee<br>Attn: Robin Russell<br>600 Travis Street<br>Suite 4200<br>Houston, TX 77002-2929 | Stretto<br>Stretto<br>8269 E 23rd Ave<br>Suite 275<br>Denver, CO 80238-3597 |
| Texas Department of Insurance<br>Bankruptcy & Collections Division<br>C/O Office of the Texas Attorney General<br>P.O. Box 12548<br>MC-008<br>Austin, TX 78711-2548 | Texas Health and Human Services Commission<br>c/o Office of the Attorney General<br>Bankruptcy & Collections Division<br>P. O. Box 12548  MC-008<br>Austin, TX 78711-2548 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 |
| 12027419<br>c/o Glenn R. LeMay<br>Gordon & Rees<br>1900 West Loop South #1000<br>Houston, Texas 77027-3264 | Blue Bell Creameries, LP<br>PO Box 1807<br>Brenham, TX 77834-1807 | CenterPoint Energy<br>PO Box 1700<br>Houston, TX 77251-1700 |
| Harris County, Texas<br>c/o Mimi Van Han<br>1019 Congress 16th Floor<br>Houston, Texas 77002-1772 | Hunton Services<br>P O Box 650998, Dept. 112 HOU<br>Dallas, TX 75265-0998 | Reliant Energy Retail Services, LLC<br>Attention: Bankruptcy Department<br>P.O. Box 1046<br>Houston, TX 77251-1046 |
| The Estate of Carmen Knebel<br>c/o Lana Ledet<br>1065 River Terrace<br>New Braunfels, TX 78130-3417 | The Estate of Peg Ann Geiler<br>aka Peggy Ann Geiler<br>904 Woodcrest Drive<br>Friendswood Texas 77546-3574 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 |
| Wilson Fire Equipment & Services<br>7303 Empire Central<br>Houston, TX 77040-3207 | XPO LOGISTICS FREIGHT INC.<br>%Bankruptcy Dept<br>9151 Boulevard 26<br>North Richland Hills, TX 76180-5600 | Carlton C. Wells<br>c/o Wells & Cuellar, P.C.<br>440 Louisiana, Suite 718<br>Attention: D. Brent Wells<br>Houston, TX 77002-1058 |
| Cassandra Shoemaker<br>McGuireWoods LLP<br>2000 McKinney Avenue<br>Suite 1400<br>Dallas, TX 75201-2208 | Demetra Liggins<br>McGuireWoods LLP<br>600 Travis Street<br>Ste 7500<br>Houston, TX 77002-2906 | Eddie Knebel<br>3614 Montrose<br>#506<br>Houston, TX 77006-4636 |
| Kendall Montgomery, Representative of the Es<br>Hagans Montgomery Hagans<br>3200 Travis<br>4th Floor<br>Houston, TX 77006-3651 | Peg Ann Geiler The Estate of<br>904 Woodcrest Dr<br>Friendswood, TX 77546-3574 | Susan N Goodman<br>Pivot Health Law, LLC<br>P.O. Box 69734<br>Oro Valley, AZ 85737-0021 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ad Hoc Committee of Class 5 Pre-Petition R

(u)BancorpSouth Bank successor in interest by

(u)David Buck as Representative of the Estate

(u)Estate of George Colescott

(u)The Official Committee of Unsecured Credit

(u)UMB Bank, N.A.

(u)Lana Ledet

End of Label Matrix
Mailable recipients    26
Bypassed recipients     7
Total                  33