# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE: <br><br> BUCKINGHAM SENIOR LIVING COMMUNITY, INC. <br><br> Debtor. | Case No. 21-32155 (MI) <br><br> Chapter 11 |

## ORDER GRANTING AD HOC COMMITTEE OF CLASS 5 PRE-PETITION REFUND QUEUE CLAIMANTS' EMERGENCY MOTION TO EXTEND THE BAR DATE FOR FORMER RESIDENTS FOR 13 DAYS TO AND INCLUDING OCTOBER 1, 2021

Upon the *Emergency Motion to Extend the Bar Date for Former Residents for 13 Days* (the "Motion")[1] filed by the Ad Hoc Committee for entry of an order extending the Claims Bar Date thirteen (13) days for Former Residents and upon consideration of the Motion, and the responses, and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. 157(b), and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409, and due and proper notice of the Motion having been provided as reflected in the Motion, and it appearing that no other or further notice need be provided; and upon the Court being satisfied based on the representations made in the Motion and supporting documents; and the Court having found and determined that the factual bases set forth in the Motion and supporting documents establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

---

[1] Capitalized terms used but not defined herein have the meanings assigned to such terms in the Motion.

2

  ORDERED that the Claims Bar Date for the Former Residents is hereby extended to 5:00 PM (prevailing Pacific Standard Time) on October 1, 2021, without prejudice to seeking further extensions; and it is further

  ORDERED that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

  ORDERED that the Court retains jurisdiction with respect to all matters arising from, or related to, the interpretation and implementation of this Order.

Signed: September _____, 2021.

                        _____
                        MARVIN ISGUR
                        UNITED STATES BANKRUPTCY JUDGE